UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVON HOWES,

    Plaintiff,

  v.

CLAIRE WHITE, et al.,

    Defendants.

No. 2:21-cv-0521-EFB P

ORDER

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 1) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 2). However, plaintiff's request is not accompanied by a trust account statement certified by a jail official. *See* 28 U.S.C. § 1915(a)(2).

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of service of this order, a certified trust account statement to complete his request for leave to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 1, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE